1 | McDERMOTT WILL & EMERY LLP
2 | Daniel E. Alberti (State Bar No. 68620)
  | dalberti@mwe.com
3 | Stephen J. Akerley (State Bar No. 160757)
  | sakerley@mwe.com
4 | Elaine M. Heal (State Bar No. 211723)
  | eheal@mwe.com
5 | 3150 Porter Drive
  | Palo Alto, CA  94304-1212
6 | Telephone:     650.813.5000
  | Facsimile:     650.813.5100

7 | McDERMOTT WILL & EMERY LLP
  | Joseph H. Paquin, Jr. *(Pro Hac Vice Pending)*
8 | jpaquin@mwe.com
  | 227 West Monroe Street, Suite 4400
9 | Chicago, IL  60606-5096
  | Telephone:     312.372.2000
10| Facsimile:     312.984.7700

11| Attorneys for Plaintiff HITACHI, LTD.

12| AKIN GUMP STRAUSS HAUER & FELD LLP
  | David R. Lawson (State Bar No. 190685)
13| dlawson@akingump.com
  | 580 California Street, Suite 1500
14| San Francisco, CA  94104-1036
  | Telephone      (415) 765-9500
15| Facsimile:     (415) 765-9501

16| Attorneys for Defendants PROVIEW INTERNATIONAL
  | HOLDINGS, LTD., PROVIEW ELECTRONICS CO., LTD.,
17| and PROVIEW TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02305 CRB |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | |
| PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda corporation; PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation; and PROVIEW TECHNOLOGY, INC., a California corporation, | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendants. | |

JOINT STIPULATION FOR EXTENSION OF        1                CASE NO. C 05 02305 CRB
TIME TO RESPOND TO COMPLAINT

1  Pursuant to Northern District Local Rule 6-1(a), Hitachi, Ltd. and Proview Technology,
2  Inc., stipulate and agree to extend the time for Proview Technology, Inc. to answer or otherwise
3  respond to the complaint to September 7, 2005, to match the response date for Proview
4  International Holdings, Ltd. and Proview Electronics Co., Ltd.

5
6  Dated: July 8, 2005                          Respectfully submitted,

   McDERMOTT WILL & EMERY LLP
7
8
9  By:   /s/ Elaine M. Heal
        Daniel E. Alberti
10      Stephen J. Akerley
        Elaine M. Heal
11      Joseph H. Paquin, Jr. *(Pro Hac Vice)*

12      Attorneys for Plaintiff, HITACHI, LTD.,
        a Japanese corporation
13
14 Dated: July 8, 2005                          Respectfully submitted,

15                                              AKIN GUMP STRAUSS HAUER &
                                                FELD LLP
16

17                                              By:   /s/ David R. Lawson
18 July 12, 2005                                      David R. Lawson

19                                              Attorney for Defendants, PROVIEW
                                                INTERNATIONAL HOLDINGS, LTD.,
20                                              PROVIEW ELECTRONICS CO., LTD.,
                                                and PROVIEW TECHNOLOGY, INC.
21
22
23
24
25
26
27
28

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA