(Counsel Information Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAN TECHNOLOGY CO., LTD., a Taiwanese corporation | Case No. C 05-02301 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>TATUNG COMPANY, a Taiwanese corporation; and TATUNG CO. OF AMERICA, INC., a California corporation | Case No. C 05-02302 CRB |
| HITACHI, LTD., a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda Corporation, PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation, and PROVIEW TECHNOLOGY., a California corporation,<br><br>Defendants. | Case No. C 05-02305 CRB |

**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCES IN RELATED CASES TO OCTOBER ~~14~~ 28, 2005**

Pursuant to Civil Local Rule 7-12, attorneys for Hitachi, Ltd., Tatung Company, Tatung Co. of America, Inc., Proview Electronics Co., Ltd., and Proview Technology, Inc. hereby stipulate to reschedule the initial Case Management Conferences in Case Nos. C05-02301, C05-02302, and C05-02305, which are currently set for October 7, 2005. The parties propose that the Conferences be rescheduled to Friday, October 28, 2005.

Good cause exists for this request, as the rescheduled conferences will coincide with the hearing on Proview International Holdings, Ltd.'s Motion to Dismiss, which is set for October 14, 2005. Accordingly, the parties respectfully request that the Court postpone the initial Case Management Conferences in the above-referenced actions, currently set for October 7, 2005, to October 28, 2005 so that counsel for Hitachi and Proview, and the Court, may address both matters on October 28, 2005. The Tatung defendants do not object to the requested schedule. As noted in Hitachi's case management statement in *Hitachi v. Amtran Technology Co. Ltd.*, Case No. C 05 2301, Amtran has not been served and Hitachi will notify Amtran of any change to the schedule pursuant to this order.

A proposed order follows counsel's signatures.

McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
Facsimile: 650-813-5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. (*Pro Hac Vice*)
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Telephone: 312-372-2000
Facsimile: 312-984-7700

Attorneys for Hitachi, Ltd.

Dated: September 23, 2005

By_______________/s_______________
Elaine M. Heal

AKIN GUMP STRAUSS HAUER & FELD LLP
Yitai Hu (California Admission Pending)
yhu@akingump.com
Sean P. DeBruine (State Bar No. 168071)
sdebruine@akingump.com
S.H. Michael Kim (State Bar No. 203491)
mkim@akingump.com
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: 415-765-9500
Facsimile: 415-765-9501

Attorneys for Proview International Holdings, Ltd., Proview Electronics Co., Ltd., and Proview Technology, Inc.

Dated: September 23, 2005

By_______________/s_______________
Sean P. DeBruine

BAUM & WEEMS
Robert C. Weems (SBN 148156)
rcweems@comcast.net
Julian M. Baum (SBN 130892)
58 Katrina Lane
San Anselmo, CA 94960
Telephone: 415-460-1791
Facsimile: 415-457-9157

Attorneys for Tatung Co. and Tatung Company of America

Dated: September 23, 2005

By_______________/s_____________
Robert C. Weems

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Sean P. DeBruine and Robert C. Weems.

Dated: September 23, 2005

_______/s_______________
Elaine M. Heal

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the initial Case Management Conferences in these matters shall be rescheduled to Friday, October 28, 2005 at 8:30 A.M.

Dated: October 03, 2005

Honorable Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer