McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (State Bar No. 68620)
dalberti@mwe.com
Stephen J. Akerley (State Bar No. 160757)
sakerley@mwe.com
Elaine M. Heal (State Bar No. 211723)
eheal@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     650.813.5000
Facsimile:     650.813.5100

McDERMOTT WILL & EMERY LLP
Joseph H. Paquin, Jr. *(Pro Hac Vice)*
jpaquin@mwe.com
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
Telephone:     312.372.2000
Facsimile:     312.984.7700

Attorneys for Plaintiff HITACHI, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HITACHI, LTD., a Japanese corporation, | CASE NO. C 05 02305 CRB |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | **STIPULATION OF DISMISSAL** |
| PROVIEW INTERNATIONAL HOLDINGS, LTD., a Bermuda corporation; PROVIEW ELECTRONICS CO., LTD., a Taiwanese corporation; and PROVIEW TECHNOLOGY, INC., a California corporation, | |
| Defendants. | |

It is hereby stipulated by and between counsel to plaintiff, Hitachi Ltd. and counsel to defendants and counterclaim plaintiffs, Proview International Holdings Ltd., Proview Technology, Inc. and Proview Electronics Company Ltd, as follows:

1. All claims and counterclaims in the above-captioned action between the parties are dismissed with prejudice.

**STIPULATION OF DISMISSAL**            1            **CASE NO. C 05 02305 CRB**

2. Each party will bear its own costs and attorneys' fees.

3. This Court will retain jurisdiction to enforce the Settlement Agreement between the parties, dated December 29, 2005 (including its exhibits), of which this Stipulation forms a part.

BY THE COURT:

Dated: January 6, 2006

*APPROVED*
*Judge Charles R. Breyer*

Dated: January 5, 2006

COUNSEL TO HITACHI, LTD.

STEPHEN J. AKERLEY
ELAINE HEAL
McDERMOTT WILL & EMERY LLP

By:   /s/ Stephen J. Akerley
      Stephen J. Akerley

Dated: January 5, 2006

COUNSEL TO PROVIEW INTERNATIONAL HOLDINGS LTD., PROVIEW TECHNOLOGY, INC., PROVIEW ELECTRONICS CO. LTD.

YITAI HU
SEAN P. DEBRUINE
AKIN GUMP STRAUSS HAUER & FELD

By:   /s/ Sean P. DeBruine
      Sean P. DeBruine

**STIPULATION OF DISMISSAL**     2     **CASE NO. C 05 02305 CRB**

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Stephen J. Akerley, declare as follows:

1.  I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Plaintiff Hitachi, Ltd. in the action entitled *Hitachi, Ltd. v. Proview International Holdings, Ltd., et al.,* Case No. C 05 02305 CRB, pending before this Court. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I attest that the conformed signature of Sean P. DeBruine, counsel of record for Proview International Holdings, Ltd., et al. appearing in the signature block of the STIPULATION OF DISMISSAL, is Mr. DeBruine's signature, and that Mr. DeBruine has authorized me to file the STIPULATION OF DISMISSAL.

Executed on the 5th day of January, 2006 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      /s/ Stephen J. Akerley

MPK 102382-1.017575.0688